UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

**BARBARA LOVRETA,**

    **Plaintiff,**

**v.**                                                    No. 2:20-cv-02914-SHM/atc

**PHH MORTGAGE CORPORATION**
**d/b/a PHH MORTGAGE SERVICES,**

    **Defendant.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice as to Defendant PHH Mortgage Corporation, but without prejudice as to absent putative class members, in accordance with the Order (D.E. No. 20), docketed April 26, 2021.

# APPROVED:

__/s/ Samuel H. Mays, Jr._____
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

___April 26, 2021_____     THOMAS M. GOULD_____
DATE                                     CLERK

                                                       _/s/  Jairo Mendez_____
                                                       (By) DEPUTY CLERK